IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES ) <br> OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TAMMY L. HULL ) <br> ) <br> ) <br> ) <br> ) <br>     Defendant(s). ) | Case No. CV 05-2191 |

## NOTICE OF FORECLOSURE

    The undersigned certifies that the above entitled mortgage foreclosure action was filed on __August 25__, 2005, and is now pending.

(i)    The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)    The name(s) of the title holder(s) of record are: TAMMY L. HULL

(iv)    The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lots One (1) and Two (2) in Block Four (4) in Cender's Subdivision to Gibson of a part of the Northeast Quarter (NE1/4) of the Northwest Quarter (NW1/4) of Section Fourteen (14), Township Twenty-three (23) North, Range Seven (7) East of the Third Principal Meridian, situated in the City of Gibson, County of Ford and State of Illinois.
>
> PIN No. 09-11-14-129-017

(v)    A common address or description of the location of the real estate is as follows: 103 W. Maple, Gibson City, IL 60936

(vi)    An identification of the mortgage sought to be foreclosed is as follows:

    Name of mortgagor(s):    TAMMY L. HULL AND
                                    BRUCE W. HULL

    Name of mortgagee:      United States of America, United States
                                    Department of Agriculture

|                                       |                                                              |
|---------------------------------------|--------------------------------------------------------------|
| Name of mortgagee:                    | United States of America, United States Department of Agriculture |
| Date(s) of mortgage(s):               | July 30, 1991 & April 29, 1997                               |
| Date(s) of recording:                 | July 30, 1991 & April 30, 1997                               |
| County where recorded:                | Ford County, Illinois                                        |
| Recording document identification:    | As Doc. No. 189015 & As Doc. No. 205534                      |

UNITED STATES OF AMERICA, Plaintiff

JAN PAUL MILLER
United States Attorney

PREPARED BY:

By: s/David H. Hoff
　　David H. Hoff, IL Bar No. 1234072
　　Assistant United States Attorney
　　Urbana Federal Bldg. & U.S. Courthouse
　　201 S. Vine, Ste. 226
　　Urbana, Illinois 61801
　　Telephone No. 217-373-5875
　　Fax No. 217-373-5891
　　dave.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant U. S. Attorney, Urbana Federal Bldg. & U.S. Courthouse, 201 S. Vine, Ste. 226, Urbana, IL 61801.