E-FILED
Wednesday, 02 November, 2005  09:30:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2191 |
| ) | |
| TAMMY L. HULL, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on August 25, 2005.  In support of this Motion, the United States of America states as follows:

1. That this Court has jurisdiction of the parties to and the subject matter of this suit.  That the defendant, TAMMY L. HULL, returned the Wavier of Service of Summons form which was filed in this cause on September 6, 2005.  That said defendant has not answered or otherwise pleaded to said Complaint filed herein and consequently, is in default for her failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

3. The Sworn Affidavit of Costs and the Affidavit of Douglas Wilson, State Director, Rural Development, are attached hereto and incorporated herein.

WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendant.

                                          Respectfully submitted,

                                          JAN PAUL MILLER
                                          United States Attorney

BY:    s/David H. Hoff
          DAVID H. HOFF, Bar No. 1234027
          Assistant United States Attorney
          Attorney for Plaintiff
          U.S. Attorney's Office
          201 S. Vine Street, Suite 226
          Urbana, Illinois 61802
          Ph.: 217/373-5875
          Fax: 217/373-5891
          david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of November 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Tammy L. Hull
    103 E. 6th Street
    Gibson City, IL 60936

    s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov