**E-FILED**
Wednesday, 02 November, 2005  09:31:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-2191 |
| | ) | |
| TAMMY L. HULL, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION

DAVID H. HOFF says that he is an Assistant United States Attorney for the

Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause,

and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure

and that the matters and things alleged therein are true.

I declare under penalty of perjury that the foregoing is true and correct.   Dated

this 2nd day of November 2005.

s/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov