**E-FILED**
Wednesday, 02 November, 2005  09:31:19 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| TAMMY L. HULL | ) | |
| | ) | |
| | ) | CASE NO. CV 05-2191 |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1.    The undersigned states that he is the State Director for Rural Development, formerly Farmers Home Administration, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2.    The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3.    Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $21,946.84 as of October 25, 2005.

4.    As of October 25, 2005, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | |
|---|---|
| Unpaid Balance of Principal | $57,803.53 |
| Unpaid Balance of Interest | $ 8,035.80 |
| Subsidy Assistance Due | $ 5,123.72 |
| Fees Assessed | $ 7,663.82 |
| Interest Assessed on Fees | $   217.38 |
| Court Costs Paid to Date | $   272.00 |
| **Total** | $79,116.25 |
| Daily Accrual | $13.0037 |

5.     To the best of the knowledge, information and belief of the undersigned; defendants herein are not now in active duty with the military forces of the United States or Allied Nations.


## CERTIFICATION


Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____

DOUGLAS WILSON
State Director


## ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 25TH  day of October 2005.


My Commission Expires:     04/04/2007     _Donna M. Wiltshire_

Donna M. Wiltshire, Notary

"OFFICIAL SEAL"
Donna M. Wiltshire
Notary Public, State of Illinois
My Commission Exp. 04/04/2007