UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2191 |
| ) | |
| TAMMY L. HULL, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, TAMMY L. HULL, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at his last known address. To date, no response has been received from said defendant. To further determine the military status of the defendant-mortgagor, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/owa/sscra.page by entering the mortgagor's social security number. The national database confirmed that the mortgagor is not in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 2nd day of November 2005.

                                                s/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov



U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*

| | |
|---|---|
| *Jan Paul Miller* <br> *United States Attorney* | *Urbana Division Office* <br> *Urbana Federal Building and U.S. Courthouse* <br> *201 South Vine Street, Suite 226* <br> *Urbana, Illinois 61802-3369* <br> *TEL: (217) 373-5875* <br> *FAX: (217) 373-5891* |

September 20, 2005

Ms. Tammy L. Hull
103 E. 6th Street
Gibson City, IL 60963

Re:  U.S. vs. Hull
     Case No. 05-2191

Dear Ms. Hull:

As you are aware, we are in the process of foreclosing on property at 103 W. Maple, Gibson City, Illinois.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

JAN PAUL MILLER
United States Attorney


s/David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk