**E-FILED**
Wednesday, 02 November, 2005  09:35:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-2191 |
| | ) | |
| TAMMY L. HULL, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 16th day of November 2005, at 4:00 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey,  in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 2nd day November 2005.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:    s/David H. Hoff_____
DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Tammy L. Hull
103 E. 6th
Gibson City, IL 60936

s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov