# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

    vs.                                                                                                        Case Number:   **05-2191**

**TAMMY L. HULL,**
      **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against defendant.

ENTER this 17th day of November, 2005.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY:  DEPUTY CLERK