UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2191 |
| ) | |
| TAMMY L. HULL, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF MARSHAL'S SALE**

I hereby certify that on the 14th day of December 2005, I electronically filed the Notice of Marshal's Sale with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Tammy L. Hull
103 E. 6th
Gibson City, IL 60936

s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov