E-FILED
Thursday, 02 March, 2006  03:39:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-2191 |
| | ) | |
| TAMMY L. HULL, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, the United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on November 17, 2005,  I, the undersigned, on the 26th day of January 2006, at 10:00 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Ford County, Paxton, Illinois, the lands and premises described in said Decree and that WILLIAM C. KRUSE, having bid therefore the sum of THIRTY-THREE THOUSAND DOLLARS ($33,000.00) and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Ford, Illinois, and described as follows, to-wit:

> Lots One (1) and Two (2) in Block Four (4) of Cender's Subdivision to Gibson of a part of the Northeast Quarter (NE1/4) of the Northwest Quarter (NW1/4) of Section Fourteen (14), Township Twenty-three (23) North, Range Seven (7) East of the Third Principal Meridian, situated in the City of Gibson, County of Ford and State of Illinois,

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2005 and thereafter, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 21st day of February 2006.


s/Steven D. Deatherage
STEVEN D. DEATHERAGE
CENTRAL DISTRICT OF ILLINOIS


STATE OF ILLINOIS          )
                           ) SS:
COUNTY OF PEORIA          )

### ACKNOWLEDGMENT

On this 21st day of February 2006, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

JOHN M. WATERS
Clerk of the U.S. District Court


s/H. Kallister
Deputy Clerk


This instrument was prepared by David H. Hoff, Assistant United States Attorney, Suite 226, 201 S. Vine Street, Urbana, IL 61802.


Send Tax Statement to William C. Kruse, 103 W. Maple Street, Gibson City, IL 60936.