UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TAMMY L. HULL, )<br>)<br>Defendant. ) | Case No. 05-2191 |

NOTICE OF HEARING

    PLEASE TAKE NOTICE that we will appear on the 31st day of March 2006 at 1:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on United States Marshal's Report of Sale, a copy of which is attached hereto, and you may be present at said time if you so desire.

    DATED this 2nd day March 2006.

                                      Respectfully submitted,

                                      RODGER A. HEATON
                                      UNITED STATES ATTORNEY

                    BY:    s/David H. Hoff
                            DAVID H. HOFF, Bar No. 1234027
                            Assistant United States Attorney
                            Attorney for Plaintiff
                            U.S. Attorney's Office
                            201 S. Vine Street, Suite 226
                            Urbana, Illinois 61802
                            Ph.:  217/373-5875
                            Fax: 217/373-5891
                            david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of March 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Tammy L. Hull
    103 E. 6th
    Gibson City, IL 60936

    William C. Cruse
    103 W. Maple Street
    Gibson City, IL 60936

    s/David H. Hoff_____
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov