UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2191 |
| ) | |
| TAMMY L. HULL, ) | |
| ) | |
| Defendant. ) | |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on August 25, 2005, and recorded in the Recorder's Office in Ford County, Illinois, on September 12, 2005, as Document No. 233815, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on August 25, 2005, and is now pending.

(I)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is: TAMMY L. HULL

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lots One (1) and Two (2) in Block Four (4) of Cender's Subdivision to Gibson of a part of the Northeast Quarter (NE1/4) of the Northwest Quarter (NW1/4) of Section Fourteen (14), Township Twenty-three (23) North, Range Seven (7) East of the Third Principal Meridian, situated in the City of Gibson, County of Ford and State of Illinois.

(v)  A common address or description of the location of the real estate is as follows:
      103 W. Maple, Gibson City, Illinois 60936

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | TAMMY L. HULL and BRUCE W. HULL |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture |
| Date of mortgage: | July 30, 1991 and April 29, 1997 |
| Date of recording: | July 30, 1991 and April 30, 1997 |
| County where recorded: | Ford County, Illinois |
| Recording document identification: | As Doc. No. 189015 & Doc. No. 205534 |

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.